## CASE ANNOUNCEMENTS
*April 1, 2011*

[Cite as *04/01/2011 Case Announcements*, 2011-Ohio-1580.]


## RECONSIDERATION OF PRIOR DECISIONS

2009-2307.   Fed. Ins. Co. v. Executive Coach Luxury Travel, Inc.

Allen App. Nos. 1–09–17 and 1–09–18, 2009-Ohio-5910. Reported at 128 Ohio St.3d 331, 2010-Ohio-6300, ___ N.E.2d ___. On motions for reconsideration. Motions denied. Request for oral argument denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

McGEE BROWN, J., not participating.

TIMOTHY P. CANNON, J., of the Eleventh Appellate District, sitting for CUPP, J.


## DISCIPLINARY CASES

2008–0412.   Cincinnati Bar Assn. v. Moeves.

This cause came on for further consideration upon the filing by relator, Cincinnati Bar Association, of a motion for an order to show cause. Respondent, Patrick E. Moeves, was ordered to appear before this court on January 18, 2011. Respondent did not appear as ordered. On January 26, 2011, this court found Patrick E. Moeves in contempt for failure to comply with this court's order of September 16, 2008 and ordered that determination of the appropriate punishment will be made when this court is provided with information necessary to determine the status of the criminal proceedings against the respondent in the state of Kentucky, Kenton County District Court.

Upon consideration of relator's submission of the Indictment and Arraignment Order from the Kenton Circuit Court in respondent's criminal case, it is ordered that imposition of a penalty in this matter will be made upon the relator's filing of the final order in the case of *Kentucky v. Moeves*, case No. 11–CR–00163, currently pending in the Kenton Circuit Court, First Division.


## CASE ANNOUNCEMENTS
*April 4, 2011*

[Cite as *04/04/2011 Case Announcements*, 2011-Ohio-1617.]


## MOTION AND PROCEDURAL RULINGS

2009–1869.   State ex rel. Paneto v. Matos.

Franklin App. No. 08AP–926, 2009-Ohio-4845. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellee's motion to supplement the record with new evidence, it is ordered by the court that the motion is granted, and the record in this case is hereby supplemented with Exhibit B of the motion to supplement.